AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Cornelius Lopez
6251 Quartz Place
Newark CA 94560

)
)
)
)
)
STEVE Huffman-Reddit *Plaintiff(s)*  Frank Pine )
Advance Publication-Reddit v.  Randall Keith )
Erin Baldassari        Bert Robinson )
Ryan Thompson          Sarah Dussault )
San Jose Mercy News    Dan Borenstein )
David Butler - Digital First Sharon Ryan )
Reddit        *Defendant(s)* Michael Seibel-Reddit )

Civil Action No.

**C 20 08086**

**NC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Erin Baldassari - 50 Beale St. San Francisco, 94105
San Jose Mercy News, Frank Pine, Randall Keith, Bert Robinson, Sarah Dussault, Dan Borenstein,
Michael Turpin, Sharon Ryan - 4 N 2nd ST. #800 San Jose, CA. 95113
Ryan Thompson - 149 Commonwealth Drive, Menlo Park, CA. 94025
David Butler - 101 W. Colfax Ave, Denver, Co. 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cornelius Lopez
6251 Quartz Place
Newark CA. 94560
510 367-0670

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV 1 7 2020

Betty J. Walton

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | | **SUBP-002** |
|---|---|---|
| PLAINTIFF/PETITIONER: *Cornelius Lopes* | *Bay Area News Grp San Jose Mercury News* | CASE NUMBER: |
| DEFENDANT/RESPONDENT: *Erin Baldassari, Ryan Thompson, Digital First Media ET-AL* | | |

## PROOF OF SERVICE OF CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION

1. I served this *Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and Declaration* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees *(check one)*:

      (1) ☐ were offered or demanded
          and paid. Amount: . . . . . . $ _____

      (2) ☐ were not demanded or paid.

   f. Fee for service: . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:

   a. ☐ Not a registered California process server.

   b. ☐ California sheriff or marshal.

   c. ☐ Registered California process server.

   d. ☐ Employee or independent contractor of a registered California process server.

   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).

   f. ☐ Registered professional photocopier.

   g. ☐ Exempt from registration under Business and Professions Code section 22451.

   h. Name, address, telephone number, and, if applicable, county of registration and number:

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

**(For California sheriff or marshal use only)**
I **certify** that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

**CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |
|---|---|---|---|